IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mary E. Scott, Candice K. Herzog, | Civil Action No. _____ |
| Plaintiffs, | |
| v. | |
| U.S. Department Of Housing And Urban Development, Housing And Redevelopment Authority Of Douglas County, a body corporate and politic, Jeffrey Schiffman, in his official capacity as Executive Director of Housing and Redevelopment Authority of Douglas County, | **DECLARATION OF SHERRY ANN BRUCKNER IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION** |
| Defendants. | |

---

I, Sherry Ann Bruckner, declare that:

1. This declaration is made under the provisions of Section 1746 of Title 28 of the United States Code.

2. My name is Sherry Bruckner and I am an attorney for Plaintiffs in the above captioned case. I have practiced since 1999 and worked on federally-subsidized housing issues since that time.

3. Attached hereto as Exhibit 1 is a letter dated September 9, 2010 which I received from the Housing and Redevelopment Authority of Douglas County (HRADC) as well as an attachment to that letter labeled "Item #2" which the letter characterizes as "evidence showing…any reserves from 2009."

1

4. Attached hereto as Exhibit 2 is a copy of the May 13, 2010 minutes of the Board of HRADC, which I received in response to a data request to the agency.

5. Attached hereto as Exhibit 3 is a copy of the request by the HRADC that HUD permit an immediate implementation of a subsidy decrease for voucher holders. I received this in response to a data request to the agency.

6. Attached hereto as Exhibit 4 is HUD's response to the HRADC's request, granting a waiver of 24 C.F.R. § 982.505(c)(2). I received this in response to a data request to the agency.

7. Attached hereto as Exhibit 5 is a copy of minutes of the HRADC's June 10, 2010 board meeting. I received this in response to a data request to the agency.

8. Attached hereto as Exhibit 6 is a copy of the board minutes from August 30, 2010 and resolution amending the agency plan. I received this in response to a data request to the agency. Note that item 5-2 implements the HRADC's change in voucher occupancy standards and item 11-3 ratifies the HRADC's May 13, 2010 action lowering the voucher payment standards.

9. I have monitored the HRADC for several years and know that the agency does not have a Resident Advisory Board.

10. Attached hereto as Exhibit 7 is a copy of a letter from HUD approving the HRADC's amendments to its plan. I received this in response to a data request to the agency.

11. Attached hereto as Exhibit 8 is a letter I sent to the HRADC on September 3, 2010. Exhibit 1 is the agency's response to this letter.

12. Attached hereto as Exhibit 9 is a letter I sent to HUD on September 9, 2010.

13. Attached hereto as Exhibit 10 is HUD's response to my September 9, 2010 letter.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on   September 29, 2010            /s/Sherry Bruckner_____
                                            Sherry Bruckner