**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mary E. Scott, Candice K. Herzog, | Civil No. 10-4118 (RHK/LIB) |
| Plaintiffs, | |
| vs. | **DISQUALIFICATION AND** <u>**ORDER FOR REASSIGNMENT**</u> |
| U.S. Department of Housing and Urban Development, Housing and Redevelopment Authority of Douglas County, Jeffrey Schiffman, in his official capacity as Executive Director of Housing and Redevelopment Authority of Douglas County, | |
| Defendants. | |

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: October 4, 2010

                                                                                         s/Richard H. Kyle
                                                                                         RICHARD H. KYLE
                                                                                         United States District Judge